# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNION PACIFIC RAILROAD COMPANY, ) | |
| ) | 8:05CV111 |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| QUAKER CHEMICAL CORPORATION, ) | |
| ) | |
| Defendant. ) | |

The parties' joint motion to continue pretrial conference, trial and extend progression dates pending mediation (Filing No. 31) is granted to the extent the present progression deadlines including the pretrial conference and trial are suspended pending mediation efforts. In the event the February 8, 2007 mediation is unsuccessful, the plaintiff's counsel shall, **on or before February 15, 2007**, initiate a telephone conference with the undersigned magistrate judge and all counsel of record for the purpose of scheduling the matter to trial.

**IT IS SO ORDERED.**

DATED this 9th day of January, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge