# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNION PACIFIC RAILROAD COMPANY,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV111 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **QUAKER CHEMICAL CORPORATION,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the February 14, 2007 letter from counsel for the plaintiff. Counsel explains the mediation previously scheduled for February 7, 2007, was rescheduled to March 7, 2007. Accordingly, the plaintiff seeks a continuance of the February 15, 2007 telephone conference with the court. The continuance is granted. In the event the March 7, 2007 mediation is unsuccessful, the plaintiff's counsel shall initiate a telephone conference **at 10:00 a.m. on March 15, 2007,** with the undersigned magistrate judge and all counsel of record for the purpose of scheduling the matter to trial.

**IT IS SO ORDERED.**

DATED this 15th day of February, 2007.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge