# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNION PACIFIC RAILROAD COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV111 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| QUAKER CHEMICAL CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

Upon notice of settlement (Filing No. 35) given to the magistrate judge on March 9, 2007, by Brian Brislen, counsel for the plaintiff,

**IT IS ORDERED that:**

1. The parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the clerk of the court which will fully dispose of the case **on or before April 6, 2007**. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a)(1)(ii) and shall state whether the dismissal is with or without prejudice.

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice in accordance with NECivR 68.1.

3. The telephone planning conference previously scheduled for March 15, 2007, is cancelled upon the representation that this case is settled.

DATED this 12th day of March, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge