IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNION PACIFIC RAILROAD COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> QUAKER CHEMICAL CORPORATION, ) <br> ) <br> Defendant. ) | Case Number 8:05CV111 <br><br> ORDER TO DISMISS |

    THIS MATTER came before the Court on Plaintiff's Motion to Dismiss the above-captioned action. The Court, being fully advised in the premises, finds that an Order should be entered in accordance with said motion.

    IT IS, THEREFORE, ORDERED that the above-captioned action be, and it hereby is, dismissed with prejudice to the filing of any future action, each party to pay its own costs and complete record waived.

    Dated this 9th day of April 2007.


                                        **s/ Joseph F. Bataillon**
                                        U.S. District Court Judge